UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

---

Freedom from Religion
Foundation, Inc.; Bruce and
Jean Christensen, Tom Stavros,
Sybille Redmond, William
Van Druten, Robert and LaGretta Dean,

        Plaintiffs,

v.

Dr. Robert H. Bruininks, Dr. Frank
B. Cerra, Dr. Mary Jo Kreitzer, and
Minnesota Faith/Health Consortium,

        Defendants.

Case No. 05-638 JNE/SRN

**STIPULATION OF DISMISSAL
WITH PREJUDICE**

---

The parties, by and through their undersigned counsel, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, stipulate to the dismissal with prejudice of this action and of all claims made by any party in the action.  Each party will bear its own costs.


MARK B. ROTENBERG
General Counsel
University of Minnesota


/s/ Tracy M. Smith
Tracy M. Smith (#19718X)
Associate General Counsel
360 McNamara Alumni Center
200 Oak Street SE
Minneapolis, MN 55455
612-624-4100

Attorneys for Defendants

Dated:  September 2, 2005

BOARDMAN, SUHR, CURRY & FIELD


/s/ Richard L. Bolton
Richard L. Bolton, Esq.
Wisconsin State Bar No. 1012552
Boardman, Suhr, Curry & Field LLP
1 South Pinckney Street, 4th Floor
P.O. Box 927
Madison, WI 53701-0927
608-257-9521

Attorneys for Plaintiffs

Dated:  September 2, 2005

2

CASE 0:05-cv-00638-JNE-SRN   Doc. 16   Filed 09/02/05   Page 2 of 2